CASE NO. 23-3230

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., STATES OF WEST VIRGINIA, NORTH DAKOTA, *et al.*,

*Plaintiffs-Appellants,*

v.

MERRICK B. GARLAND, *et al.*,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of North Dakota
The Honorable District Court Judge Daniel L. Hovland
Case No. 1:23-cv-0024-DLH-CRH

## STATEMENT OF ISSUES ON APPEAL

Plaintiffs-Appellants state that this appeal presents the following issue:

1) Whether the district court erred in failing to preliminarily enjoin Defendants-Appellees' rule entitled "Factoring Criteria for Firearms with Attached 'Stabilizing Braces.'"

October 20, 2023

Respectfully Submitted,

/s/ *Stephen J. Obermeier*
Stephen J. Obermeier
Thomas M. Johnson, Jr.
Michael D. Faucette
Jeremy J. Broggi
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
TMJohnson@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

Benjamin J. Sand (ND ID #07981)
**CROWLEY FLECK PLLP**
100 W Broadway Ave
Bismarck, ND 58501
Tel: 701.223.6585
Fax: 701.222.4853
bsand@crowleyfleck.com

*Counsel for Appellants FRAC, SB Tactical, B&T, and Richard Cicero*

/s/ *Lindsay See*
PATRICK MORRISEY
Attorney General
LINDSAY SEE
Solicitor General
MICHAEL R. WILLIAMS
Principal Deputy Solicitor General

Office of the West Virginia Attorney General

/s/ *Philip Axt*
DREW H. WRIGLEY
Attorney General
PHILIP AXT
Solicitor General


North Dakota Attorney General's Office
500 North 9th Street

State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for Appellant State of West Virginia*

Bismarck, ND 58501
(701) 328-2210
pjaxt@nd.gov

*Counsel for Appellant State of North Dakota*

*/s/ Edmund G. LaCour Jr.*
STEVE MARSHALL
Attorney General
EDMUND G. LACOUR JR.
Solicitor General

Alabama Attorney General's Office
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Appellant State of Alabama*

*/s/ Charles E. Brasington*
TREG TAYLOR
Attorney General
CHARLES E. BRASINGTON
Assistant Attorney General

Alaska Attorney General's Office
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
charles.brasington@alaska.gov

*Counsel for Appellant State of Alaska*

*/s/ Dylan L. Jacobs*
TIM GRIFFIN
Attorney General
NICHOLAS J. BRONNI
Solicitor General
DYLAN L. JACOBS
Deputy Solicitor General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302

*/s/ Natalie P. Christmas*
ASHLEY MOODY
Attorney General
NATALIE P. CHRISTMAS (Fla. Bar 1019180)
Counselor to the Attorney General

Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

*Counsel for Appellant State of Arkansas*


/s/ *Stephen J. Petrany*
CHRISTOPHER M. CARR
Attorney General
STEPHEN J. PETRANY
Solicitor General

Georgia's Attorney General's Office
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Appellant State of Georgia*


/s/ *Betsy M. Denardi*
THEODORE E. ROKITA
Attorney General
BETSY M. DENARDI
Director of Complex Litigation

Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6231
Betsy.DeNardi@atg.in.gov

*Counsel for Appellant State of Indiana*

natalie.christmas@myfloridalegal.com

*Counsel for Appellant State of Florida*


/s/ *Joshua N. Turner*
RAÚL R. LABRADOR
Attorney General
THEODORE J. WOLD
Solicitor General
JOSHUA N. TURNER
Deputy Solicitor General

Idaho Attorney General's Office
P.O. Box 83720-0010
Boise, ID 83720-0010
(208) 334-2400
(208) 854-8071 (fax)
josh.turner@ag.idaho.gov

*Counsel for Appellant State of Idaho*


/s/ *Eric H. Wessan*
BRENNA BIRD
Attorney General
ERIC H. WESSAN
Solicitor General

Iowa Attorney General's Office
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Appellant State of Iowa*

*/s/ Jesse A. Burris*
KRIS KOBACH
Attorney General
JESSE A. BURRIS
Assistant Attorney General

Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for Appellant State of Kansas*

*/s/ Aaron J. Silletto*
DANIEL CAMERON
Attorney General
AARON J. SILLETTO
Assistant Attorney General

Kentucky Attorney General's Office
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov

*Counsel for Appellant Commonwealth of Kentucky*

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
Solicitor General
J. SCOTT ST. JOHN
Deputy Solicitor General
TRACY SHORT
Assistant Attorney General
MORGAN BRUNGARD
Assistant Solicitor General

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
shortt@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for Appellant State of Louisiana*

*/s/ Justin L. Matheny*
LYNN FITCH
Attorney General
JUSTIN L. MATHENY
Deputy Solicitor General

Mississippi Attorney General's Office
550 High Street, Suite 1200
Jackson, MS 39201
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Appellant State of Mississippi*

| | |
|---|---|
| */s/ Jeff P. Johnson*<br>ANDREW BAILEY<br>Attorney General<br>JOSHUA M. DIVINE<br>Solicitor General<br>JEFF P. JOHNSON<br>Deputy Solicitor General<br><br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>josh.divine@ago.mo.gov<br>jeff.johnson@ago.mo.gov<br><br>*Counsel for Appellant State of Missouri* | */s/ Christian B. Corrigan*<br>AUSTIN KNUDSEN<br>Attorney General<br>CHRISTIAN B. CORRIGAN<br>Solicitor General<br>PETER MARTIN TORSTENSEN, JR.<br>Assistant Solicitor General<br><br>Montana Attorney General's Office<br>215 N Sanders St<br>Helena, MT 59601<br>(406) 444-2707<br>Christian.Corrigan@mt.gov<br>Peter.Tortstensen@mt.gov<br><br>*Counsel for Appellant State of Montana* |
| */s/ Eric J. Hamilton*<br>MICHAEL T. HILGERS<br>Attorney General<br>ERIC J. HAMILTON<br>Solicitor General<br><br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Eric.Hamilton@nebraska.gov<br><br>*Counsel for Appellant State of Nebraska* | */s/ Brandon F. Chase*<br>JOHN M. FORMELLA<br>Attorney General<br>BRANDON F. CHASE<br>Assistant Attorney General<br><br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>(603) 271-3650<br>Brandon.F.Chase@doj.nh.gov<br><br>*Counsel for Appellant State of New Hampshire* |
| */s/ Garry M. Gaskins, II*<br>GENTNER F. DRUMMOND<br>Attorney General<br>GARRY M. GASKINS, II | */s/ J. Emory Smith*<br>ALAN WILSON<br>Attorney General<br>J. EMORY SMITH, JR. |

| | |
|---|---|
| Solicitor General<br>ZACH WEST<br>Director of Special Litigation<br>AUDREY A. WEAVER<br>Assistant Solicitor General<br><br>Oklahoma Attorney General's Office<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br>Audrey.Weaver@oag.ok.gov<br><br>*Counsel for Appellant State of Oklahoma* | Deputy Solicitor General<br><br>South Carolina Attorney General's Office<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>Phone: (803) 734-3680<br>Fax: (803) 734-3677<br>Email:  ESmith@scag.gov<br><br>*Counsel for Appellant State of South Carolina* |
| */s/ Charles D. McGuigan*<br>MARTY J. JACKLEY<br>Attorney General<br>CHARLES D. MCGUIGAN<br>Chief Deputy Attorney General<br><br>South Dakota Attorney General's Office<br>1302 E. Highway 4, Suite 1<br>Pierre, SD 57501<br>605-773-3215<br>Charles.Mcguigan@state.sd.us<br><br>*Counsel for Appellant State of South Dakota* | */s/ Whitney D. Hermandorfer*<br>JONATHAN SKRMETTI<br>Attorney General and Reporter<br>ANDRÉE S. BLUMSTEIN<br>Solicitor General<br>WHITNEY D. HERMANDORFER<br>Assistant Solicitor General<br><br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 253-5642<br>Clark.Hildabrand@ag.tn.gov<br>Whitney.Hermandorfer@ag.tn.gov<br><br>*Counsel for Appellant State of Tennessee* |
| */s/ Melissa Holyoak*<br>SEAN REYES | */s/ Andrew N. Ferguson*<br>JASON MIYARES |

Attorney General
MELISSA HOLYOAK
Solicitor General

Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Appellant State of Utah*

Attorney General
ANDREW N. FERGUSON
Solicitor General
KEVIN M. GALLAGHER
Deputy Solicitor General
M. JORDAN MINOT
Assistant Solicitor General

Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
aferguson@oag.state.va.us
kgallagher@oag.state.va.us

*Counsel for Appellant Commonwealth of Virginia*

*/s/ Ryan Schelhaas*
BRIDGET HILL
Attorney General
RYAN SCHELHAAS
Chief Deputy Attorney General

Wyoming Attorney General's Office
Counsel for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Appellant State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that the CM/ECF system will accomplish service on all parties represented by counsel who are registered CM/ECF users.

/s/ Stephen J. Obermeier
Stephen J. Obermeier