# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-3230

Firearms Regulatory Accountability Coalition, Inc., et al.

Appellants

v.

Merrick B. Garland, in his Official Capacity, as Attorney General of the United States, et al.

Appellees

------------------------------

Members of Congress

Amicus on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00024-DLH)

___

**ORDER**

The motion for injunction pending appeal is denied.

January 02, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans