Stephen J. Obermeier
202.719.7465
sobermeier@wiley.law



Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel:  202.719.7000

wiley.law

January 9, 2024

**VIA ELECTRONIC FILING**

Michael E. Gans
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *Firearms Regulatory Accountability Coalition, Inc., et al. v. Garland, et al.*, No. 23-3230
Oral Argument Unavailability for Plaintiffs-Appellants Firearms Regulatory Accountability Coalition, Inc., NST Global, LLC (d/b/a/ SB Tactical), B&T USA, LLC, and Richard Cicero

Dear Mr. Gans,

Pursuant to the Court's docket entry dated January 4, 2024, please be advised that counsel for Plaintiffs-Appellants Firearms Regulatory Accountability Coalition, Inc., NST Global, LLC (d/b/a as SB Tactical), B&T USA, LLC, and Richard Cicero are unavailable for oral argument in the above-referenced matter on the following dates:

> February 12–16, 2024
> March 11–12, 2024

                                             Respectfully submitted,

                                             /s/ Stephen J. Obermeier

                                             Stephen J. Obermeier