# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 05, 2024

To: All Counsel of Record

    RE:  23-1021  Don Sanders v. BNSF Railway Company

           23-1346  Viewpoint Neutrality Now! v. Regents of the University of MN, et al.

           23-2753  William Evans, Jr. v. Brian Krook

           23-3230  Firearms Regulatory Accountability Coalition v. Merrick B. Garland, et al

Dear Counsel:

    The above-named cases are scheduled for oral argument on Thursday, March 14, 2024, in Division II in St. Paul, Minnesota. The starting time has changed. **Oral arguments will now begin at 8:30 a.m.**

    If you have any questions, please contact the Clerk's Office.

                                                   Michael E. Gans
                                                   Clerk of Court

MR

cc:     Jessica M Alloway
        Philip J. Axt
        Christopher A. Bates
        Charles Edmond Brasington
        Jeremy Joseph Broggi
        Nicholas J. Bronni
        Morgan E. Brungard
        Jesse Burris
        Brandon F. Chase
        Natalie Christmas
        Christian Brian Corrigan
        Betsy M. Denardi
        David M.S. Dewhirst
        Joshua Divine
        Tracey Holmes Donesky
        Michael Leon Drezner
        Michael D. Faucette

Andrew N. Ferguson
Joseph E. Flynn
Kevin Michael Gallagher
Carrie Ryan Gallia
Boyd Garriott
Garry M. Gaskins II
Elham Boustani Haddon
Eric James Hamilton
Adam W. Hansen
Whitney D. Hermandorfer
Melissa Ann Holyoak
Vicki A. Hruby
Dylan L. Jacobs
Sean Janda
Thomas M. Johnson Jr.
Erick G. Kaardal
James H. Kaster
Lucas Kaster
Matthew F. Kuhn
Edmund G. LaCour Jr.
Benjamin Lewis
Jody D. Lowenstein
Faith Lowry
Jigar Ashwin Madia
Justin L. Matheny
Charles David McGuigan
Martin Jordan Minot
William F. Mohrman
Weston J. Mumme
Elizabeth B. Murrill
Bryan P Neal
Cameron Thomas Norris
Stephen J. Obermeier
Jake Walter Peden
Stephen John Petrany
Taylor Pitz
Colin R. Reeves
Benjamin J. Sand
Peter C. Sandberg
Ryan Schelhaas
Lindsay Sara See
Tracy L. Short
Aaron J. Silletto
James Emory Smith Jr.
J. Scott St. John
Peter Martin Torstensen Jr.
Joshua N. Turner
Zane Umsted
Bryan K. Weir
Eric H. Wessan
Zachary Paul West
Michael Ray Williams

Abby Wright
Drew Howard Wrigley

District Court/Agency Case Number(s):  0:17-cv-05106-ECT
0:20-cv-01055-PJS
0:20-cv-02474-MJD
1:23-cv-00024-DLH