# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FIREARMS REGULATORY
ACCOUNTABILITY COALITION, et al.,

Plaintiff-Appellant,

v.

GARLAND, et al.,

Defendants-Appellees.

Case No. 23-3230

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Lindsay S. See will be ending her employment with the State of West Virginia, and hereby withdraws her appearance as counsel for the State of West Virginia in the above-captioned case. The State of West Virginia will continue to be represented by Solicitor General Michael R. Williams.

Respectfully submitted,

*/s/ Lindsay S. See*
Lindsay S. See
West Virginia Attorney General's Office
1900 Kanawha Blvd. E, Bldg 1 Rm 26E
Charleston, WV 25305
(304) 558-2021
Lindsay.S.See@wvago.gov
*Counsel for Plaintiff-Appellant,
State of West Virginia*

# CERTIFICATE OF COMPLIANCE

1. This motion to withdraw complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because:

[x] this motion contains 53 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2).

2. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5) because:

[x] this motion has been prepared in a proportionally spaced typeface using Word in 14-point Century Schoolbook font.

*/s/ Lindsay S. See*
Lindsay S. See

# CERTIFICATE OF SERVICE

I certify that on June 24, 2024, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Lindsay S. See*