# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-3230

Firearms Regulatory Accountability Coalition, Inc., et al.

Appellants

v.

Merrick B. Garland, in his Official Capacity, as Attorney General of the United States, et al.

Appellees

------------------------------

Members of Congress

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00024-DLH)
_____

**ORDER**

The motion for leave to withdraw is granted. Lindsay Sara See for State of West Virginia has been granted leave to withdraw.

June 25, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Maureen W. Gornik